UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **EARLIE BERRY, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Cause No. 1:19-cv-1511-SEB-DML |
| | ) |
| **ZATECKY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' RENEWED MOTION TO DISMISS

Defendants Dushan Zatecky, Dennis Davis, and Khalid Brooks (hereinafter "Defendants"), by Counsel, Margo L. Tucker, Deputy Attorney General, respectfully move this Court to dismiss this action pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v). In support thereof, the Defendants provide the following:

1. By Court order, Plaintiff was required to respond to Defendants' discovery requests by July 2, 2021. [ECF 90].

2. As of the date of this filing, Plaintiff has failed to respond to Defendants' discovery requests.

3. Given that Fed. R. Civ. P. 37(b)(2)(A) provides, in part, that: If a party . . . fails to obey an order to provide or permit discovery, including an order under Rule 26(f), 35, or 37(a), the court where the action is pending may issue further just orders. They may include the following: . . .

(v) dismissing the action or proceeding in whole or in part;

(vi) rendering a default judgment against the disobedient party.

4. The simple failure to comply with a discovery order is sufficient basis for the imposition of sanctions, irrelevant to actual culpability of a party. *Halas v. Cons. Servs. Inc.*, 16 F.3d 161, 165 (7th Cir. 1994). The Court need not impose a lesser sanction prior to assessing the sanction of dismissal. *Id.* (citing *Hal Commodity Cycles Mgmt. Co. v. Kirsch*, 825 F.2d 1136, 1139 (7th Cir. 1987) ("a district court is not required to fire a 'warning shot' before assessing the sanction of dismissal"). A preponderance of the evidence demonstrating discovery-related misconduct is sufficient to justify dismissal. *Ramirez v. T&H Lemont, Inc.*, 845 F.3d 772, 777 (7th Cir. 2016).

5. If the Court declines to grant the Defendants' renewed motion to dismiss, the Defendants request that the Court stay the pending dispositive motion deadline until a response is received.

WHEREFORE, the Defendants respectfully request that the Court grant their motion to dismiss and dismiss this action, as the plaintiff has failed to respond to the Defendants' discovery requests and has disobeyed several court orders regarding the same.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

Date: <u>July 12, 2021</u>        By:    Margo L. Tucker
Deputy Attorney General
Atty. No. 34803-49
Indiana Government Center South – 5th Fl.
302 W. Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 234-3089
Fax:  (317) 232-7979
Email:  Margo.Tucker@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have duly served upon the party of record listed below, by United States mail, first-class postage prepaid, on July 12, 2021.

Earlie B. Berry Jr.
DOC #932151
Putnamville Correctional Facility
1946 West US Highway 40
Greencastle, IN 46135

                                                Margo L. Tucker
                                                Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South – 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:     (317) 234-3089
Fax:              (317) 232-7979
Email:  Margo.Tucker@atg.in.gov